UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

| | |
|---|---|
| **CAMDEN OFFICE** | **DATE OF PROCEEDINGS** |
| **JUDGE RENÉE MARIE BUMB** | October 15, 2018 |
| **COURT REPORTER: CAROL FARRELL** | **Docket #** 15-cv-8278(RMB/KMW) |

**TITLE OF CASE:**

DAUTRICH, ET AL., VS. NATIONSTAR MORTGAGE, LLC, ET AL.,

**APPEARANCES:**

Adam Deutsch, Esquire and Ari Hillel Marcus, Esquire for plaintiffs
Amanda Lyn Genovese, Esquire and D. Kyle Deak, Esquire defendants

**NATURE OF PROCEEDINGS: MOTION HEARING**

Hearing on [92] Motion in Limine to Bifurcate Trial as to the Issues of Liability and Damages by defendant.
Hearing on [93] motion in Limine to Exclude the Expert Report and Testimony of Stan V. Smith by defendant.
Hearing on [94] Motion in Limine to Exclude Alleged Personal Injury Damages by defendant.
Hearing on [95] Motion in Limine regarding defendant not being adversely affected by the verdict by defendant.
Hearing on [96] Motion in Limine regarding Defendant's Size and Resources by defendant.
Hearing on [97] Motion in Limine regarding the Golden Rule by defendant.
Hearing on [98] Motion in Limine re Character Evidence by plaintiffs.
Hearing on [99] Motion in Limine re Settlement of Claims by plaintiffs.
Hearing on [100] Motion in Limine re Dismissed Claims by plaintiffs.
Hearing on [101] Motion in Limine re Returned Check Letters by plaintiffs.
Hearing on [102] Motion in Limine re Fee Shifting by plaintiffs.
Hearing on [103] Motion in Limine to Bar Nationstar's Expert by plaintiffs.
Hearing on [104] Motion in Limine re Live Video Transmission Testimony by plaintiffs.
Hearing on [105] Motion in Limine re Summary Judgment Ruling by plaintiffs.
Ordered motions granted in part, denied in part and reserved in part.
Ordered status conference set for 10//22/18 at 10:00 a.m.

Time commenced: 11:30 a.m.                     Time Adjourned: 2:30 p.m.

                                                Total 2 Hours and 30 Minutes

                                                s/ Arthur Roney
                                                DEPUTY CLERK